In the Matter of HAROLD THURMAN et al., Doing Business as E. BROWN ASSOCIATES, and THURMAN BROWN CORP., Respondents, v. ELAINE H. SNOWDEN, as Town Clerk of the Town of Wappinger, Appellant.

Brennan, Acting P. J., Rabin, Hopkins, Benjamin and Nolan, JJ., concur. [52 Misc 2d 132.]